JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ROWLES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a corporation; and, AIR PRODUCTS AND CHEMICALS, INC GROUP LONG TERM DISABILITY PLAN, an ERISA plan; DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:11-cv-5158-CBM (DTBx)<br><br>JUDGMENT |

Consistent with this Courts concurrently filed Findings of Fact and Conclusions of Law, the Court **enters Judgment in favor of Plaintiff**. The Court **hereby orders** that Defendants provide Plaintiff all benefits given to a Plan participant while he is disabled under the Plan plus interest during the 24-month period starting at the completion of the 182-day Elimination Period: February 19, 2008, to February 19, 2010. The Court lacks evidence to rule on the denial of benefits after February 19, 2010, as that period requires a showing that Rowles

1

was unable to earn more than 60% of his pre-disability earnings from any employer in his local economy at any gainful occupation for which he is reasonably qualified. The Court has received no evidence of other jobs in the "local economy," and no testimony from a vocational expert. The Court remands the case to MetLife to determine the proper amount owed to Plaintiff during the initial 24-month period as well as a determination of what Plaintiff is owed after February 19, 2010, if anything, in accordance with this Court's findings of fact and conclusions of law.

**IT IS SO ORDERED.**

DATED: December_17, 2012

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE